No. 207.  WATERHOUSE *v.* HOOVER ET AL.  C. A. 6th Cir.  Certiorari denied.  *Robert Adair Black* and *John L. Vest* for petitioner.  *Edward Hoover* for Hoover et al., respondents.

No. 208.  HYDE PARK CLOTHES, INC. *v.* HYDE PARK FASHIONS, INC.  C. A. 2d Cir.  Certiorari denied.  *Truman A. Herron* for petitioner.  *Harold L. Tipton* for respondent.

No. 212.  FORT DODGE, DES MOINES & SOUTHERN RAILROAD CO. ET AL. *v.* GILLESPIE, EXECUTRIX.  C. A. 8th Cir.  Certiorari denied.  *Neill Garrett* and *Walter W. Selvy* for petitioners.  *Paul Ahlers* for respondent.

No. 214.  DAUGHERTY *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *Edward T. Mancuso* for petitioner.  *Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 215.  MACIAS *v.* OAKLAND TRUCK SALES, INC.  C. A. 3d Cir.  Certiorari denied.

No. 216.  FRITO COMPANY *v.* GENERAL MILLS, INC.  C. A. 5th Cir.  Certiorari denied.  *J. L. Johannes* for petitioner.  *Charles L. Byron* for respondent.

No. 218.  UNITED STATES *v.* NELSON ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Acting Solicitor General Davis* for the United States.  *T. Edward O'Connell* and *Edward Bennett Williams* for respondents.